UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAM ASKARZADA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | Case No. 4:19-cv-01127-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 90 DAYS; ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 27 |

On November 19, 2019, the parties participated in a settlement conference, where they settled the case in full and executed a settlement agreement. Accordingly, Plaintiff shall file a dismissal within 90 days of this order, absent any extension ordered by the Court.

Additionally, the case management conference scheduled for December 10, 2019 is continued to March 10, 2020 at 1:30 p.m. The joint case management statement is due on or before March 3, 2020.

IT IS SO ORDERED.

Dated: November 20, 2019

　　　　　　　　　　　　　　　　　　　　*/s/ Kandis Westmore*
　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge